PROB. 35　　　　　　　　　　　　　　　　　　　　　　　　Report and Order Terminating Probation/Supervised
(Rev. 7/04)　　　　　　　　　　　　　　　　　　　　　　　　　Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

　　　　　　　*v.*　　　　　　　　　　　Docket # 4:08CR3093

Wilbert Walter Hoffart

　　　　On March 9, 2007, Wilbert Walter Hoffart was sentenced to <u>six (6) months</u> custody, to be followed by <u>five (5) years</u> of supervised release. The period of supervised release commenced on December 9, 2008. Mr. Hoffart has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Wilbert Walter Hoffart be discharged from supervision.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*Amber M. Prusa*

　　　　　　　　　　　　　　　　　　　　　　Amber M. Prusa
　　　　　　　　　　　　　　　　　　　　　　U.S. Probation Officer Assistant

## ORDER OF THE COURT

　　　　Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

　　　　Dated this ___30th___ day of ___November___, 2011.

　　　　　　　　　　　　　　　　　　　　　　s/ Richard G. Kopf

　　　　　　　　　　　　　　　　　　　　　　United States District Judge